## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### Indianapolis Division

| | |
|---|---|
| In re: ) | |
| ) | Bankr. Case No.: 23-00041-JJG-7 |
| NIKQUISA NUNN, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| NIKQUISA NUNN, ) | Adv. Proc. No.: 23-50023 |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| THE U.S. DEPARTMENT OF ) | |
| EDUCATION, NAVIENT ) | |
| SOLUTIONS, LLC and EDUCATIONAL ) | |
| CREDIT MANAGEMENT ) | |
| CORPORATION ) | |
| ) | |
| Defendants. ) | |
| ) | |

### STIPULATION BETWEEN PLAINTIFF AND NAVIENT SOLUTIONS, LLC FOR DISMISSAL OF NAVIENT AS A DEFENDANT IN THIS ADVERSARY PROCEEDING

Plaintiff, Nikquisa Nunn ("Plaintiff"), and Navient Solutions, LLC ("NSL"), by and through their respective undersigned counsel, hereby stipulate as follows:

1.     On January 6, 2023, Plaintiff filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. A discharge of eligible debts was entered on April 4, 2023.

2.     On March 20, 2023, Plaintiff filed a Complaint naming, *inter alia*, NSL as a Defendant, seeking a discharge of educational loan debt pursuant 11 U.S.C. §523(a)(8). Plaintiff filed an Amended Complaint on March 31, 2023.

3. On April 19, 2023, NSL filed its Answer to Plaintiff's Amended Complaint.

4. NSL represents that it was a servicer of a guaranteed Smart Consolidation Loan(s), and seven (7) Stafford Loans made under the Federal Family Education Loan Program ("FFELP"), on which Plaintiff is liable ("FFELP Loans"). The FFELP guarantor on Plaintiff's Consolidation Loan(s) and four (4) of the Stafford Loans is Educational Credit Management Corporation ("ECMC"). The FFELP guarantor on the remaining three (3) Stafford Loans is Great Lakes Higher Education Corporation, now known as Ascendium Education Solutions, Inc. ("GLHEC / AESI").

5. NSL represents that it facilitated a transfer of all interests in the FFELP loans to the respective guarantors, and Educational Credit Management Corporation ("ECMC"), a Minnesota non-profit corporation, that exists for certain specific, limited purposes, including taking assignment of FFELP loans to respond to Complaints seeking discharge, appears to now hold all such loans.

6. On May 9, 2023, an Order was entered granting ECMC's Motion to Intervene as a defendant, to defend the FFELP Loans at issue in this adversary proceeding.

7. Navient asserts that it has no authority to litigate the discharge of Plaintiff's FFELP Loans.

8. The parties to this Stipulation agree to the dismissal of Navient Solutions, LLC as a Defendant in this adversary proceeding.

9. This Stipulation may be executed in counterparts, by facsimile and/or by electronic mail, each of which shall constitute an original, but all of which together shall constitute one and the same Stipulation between the parties.

WHEREFORE, the parties to this Stipulation pray this Honorable Court for an Order approving this Stipulation and dismissing Navient Solutions, LLC as a Defendant in the above-captioned adversary proceeding.

ICE MILLER, LLP

By: _/s/ Alexandria Lundberg_____     Dated: __5/26/23_____
     Alexandria Lundberg (37881-49)
     Jeffrey A. Hokanson (14579-49)
     One American Square
     Suite 2900
     Indianapolis, IN 46282-0200
     (317) 236-2100
     alexandria.lundberg@icemiller.com
     jeff.hokanson@icemiller.com
     Attorneys for Plaintiff, Nikquisa Nunn

By: _/s/ C. Wesley Pagles_____     Dated: __5/30/23_____
     C. Wesley Pagles (#37185-49)
     Keith D. Weiner & Associates Co., L.P.A.
     Offices in Ohio, Wisconsin & Kentucky
     A Creditor's Rights Law Firm
     The Oswald Center
     1100 Superior Avenue East, Suite 1100
     Cleveland, Ohio 44114
     Telephone: (216) 771-6500
     cpagles@weinerlaw.com
     Attorneys for Navient Solutions, LLC