UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NIKQUISA NUNN, | ) | Case No. 23-00041-JJG-7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| NIKQUISA NUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 23-50023 |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION, | ) | |
| EDUCATIONAL CREDIT | ) | |
| MANAGEMENT CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED CONSENT TO JUDGMENT**

The parties, the United States of America, Department of Education, and Plaintiff, Nikquisa Nunn (the "Plaintiff" or the "Debtor"), hereby stipulate and agree as follows:

1. On January 6, 2023, the Debtor commenced the above-captioned bankruptcy case by filing a petition under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").

2. On March 20, 2023, the Debtor commenced the above-captioned adversary proceeding (the "Adversary Proceeding") against the U.S. Department of Education by filing the *Complaint for a Determination that Debts Are Dischargeable* [Filing No. 1 (the Complaint")] and later amended her complaint [Filing No. 6].

3. By the Amended Complaint, the Plaintiff seeks to discharge, pursuant to 11 U.S.C. § 523(a)(8), all federal student loan debt held by the United States, Department of Education (the "Student Loan Debt").

4. In May 2023, the Debtor, pursuant to the November 17, 2022, Guidance for Department Attorneys Regarding Student Loan Bankruptcy Litigation, submitted to Education an Attestation in Support of Request for Stipulation Conceding Dischargeability of Student Loans (the "Attestation").

5. After reviewing the Attestation, the United States, Department of Education agrees that the Court should discharge, pursuant to 11 U.S.C. § 523(a)(8), the Student Loan Debt.

6. The Parties desire to amicably resolve the matters at issue in the Adversary Proceeding and, therefore, have agreed to consent to judgment.

7. The Parties agree that each party shall be responsible for their own costs and attorney's fees in resolving this matter.

WHEREFORE, the parties having resolved Plaintiff's Amended Complaint, respectfully request that the Court enter Judgment approving the terms of the Agreed Consent to Judgment described herein.

STIPULATED and AGREED to this 19th day of October 2023.

    Respectfully submitted,

    ZACHARY A. MYERS
    United States Attorney

By:   /s/ *Rachana N. Fischer*
    Rachana N. Fischer
    Assistant United States Attorney
    Office of the United States Attorney
    10 West Market Street, Suite 2100
    Indianapolis, Indiana 46204

Counsel for Plaintiff:

/s/ *Alexandria Lundberg* (with permission)
Alexandria Lundberg (37881-49)
Jeffrey A. Hokanson (14579-49)
ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200
(317) 236-2100
alexandria.lundberg@icemiller.com
jeff.hokanson@icemiller.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2023, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Rachana N. Fischer*
Rachana N. Fischer
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN  46204-3048
Telephone:  317-226-6333
Fax:  317-226-5027

3