**SO ORDERED: October 23, 2023.**



**Jeffrey J. Graham
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NIKQUISA NUNN, | ) | Case No. 23-00041-JJG-7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| NIKQUISA NUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 23-50023 |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION, | ) | |
| EDUCATIONAL CREDIT | ) | |
| MANAGEMENT CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

This matter comes before the Court on the Agreed Consent to Judgment filed by Plaintiff Nikquisa Nunn and Defendant the United States of America, Department of Education on October 17, 2023 ("Agreed Consent to Judgment"). The Court, having reviewed the Amended Complaint and the Agreed Consent to Judgment and the stipulations contained therein and being otherwise duly advised, now APPROVES the Agreed Consent to Judgment.

It is therefore ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff's federal student loan debt held by the United States, Department of Education (the "Student Loan Debt") is hereby DISCHARGED pursuant to 11 U.S.C. § 523(a)(8);

2. Each party shall be responsible for their own costs and attorney's fees in resolving this matter.

###