UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NIKQUISA NUNN, | ) | Case No. 23-00041-JJG-7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| NIKQUISA NUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 23-50023 |
| | ) | |
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION DISMISSING**
**ADVERSARY PROCEEDING**

Plaintiff, Nikquisa Nunn and Defendant, Educational Credit Management Corporation, by their respective counsel and pursuant to Fed. R. Civ. Pro. 41(1)(A)(ii), made applicable to this matter by Fed. R. Bankr. P. 7041, hereby stipulate to the dismissal of all claims and counterclaims asserted in the above-captioned adversary proceeding without prejudice, and with all parties bearing their own costs.

Respectfully submitted,

ICE MILLER, LLP

By: /s/ *Alexandria Lundberg*          Dated: 06/28/2024
Alexandria Lundberg (37881-49)
Jeffrey A. Hokanson (14579-49)

One American Square
Suite 2900
Indianapolis, IN 46282-0200
(317) 236-2100
alexandria.lundberg@icemiller.com
jeff.hokanson@icemiller.com

*Attorneys for Plaintiff, Nikquisa Nunn*

FROST BROWN TODD, LLC


By: /s/ *Bryan Sisto*                             Dated: 06/28/2024
Bryan Sisto
Frost Brown Todd, LLC
400 West Market Street
Suite 3200
Louisville, KY 40202
(502) 779-8755
bsisto@fbtlaw.com

*Attorneys for Defendant, Educational Credit Management Corporation*


## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that a copy of this Stipulation was served upon Plaintiff by postage prepaid, first-class U.S. mail to her last known address, to wit:


Nikquisa L. Nunn
9533 Devers Way, Apt. L
Indianapolis, IN 46216

/s/ *Alexandria A. Lundberg*
Alexandria A. Lundberg


ICE MILLER LLP
One American Square
Suite 2900 Indianapolis, IN 46282-0200
(317) 236-2100

2